IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

**KIMBERLY HENRY, on behalf of herself
and all others similarly situated,**

     **Plaintiff,**

**v.**                                    **Case No. 3:17-cv-01789**

**OCWEN LOAN SERVICING, LLC,**

     **Defendant.**

### Motion for Final Approval of Settlement, Attorneys' Fees and Costs, and Service Award

Plaintiff, by counsel, respectfully moves this Court for final approval of the settlement reached by the Plaintiff and Defendant in this case, for an award of attorneys' fees and costs, awarding the Settlement Administrator his fees and costs, and for a service award as preliminarily approved by this Court on June 6, 2019. (ECF No. 159.) Specifically, Plaintiff respectfully requests that the Court enter an Order:

(1) Pursuant to Fed. R. Civ. P. 23(e), granting final approval in all respects of the terms and provisions of the Class Settlement and Release Agreement ("Settlement Agreement"), which the Court preliminarily approved by Order entered on June 6, 2019;

(2) Awarding Plaintiff and Class Representative Kimberly Henry a service award of $5,000 in recognition of her service to the class;

(3) Awarding Class Counsel their attorneys' fees from the settlement fund in the amount of $583,333.33, which represents one-third of the settlement fund, minus $75,000;

(4) Awarding Class Counsel their litigation expenses from the settlement fund in the amount of $25,701.30;

(5) Awarding the Class Administrator his administrative costs and fees from the settlement fund;

(6) Dismissing on the merits and with prejudice the class and individual claims in this action; and

(7) Retaining jurisdiction over this action for the purpose of interpretation and enforcement of the Settlement Agreement, including oversight of settlement administration and distribution of settlement funds.

Defendant does not oppose this motion. A proposed order granting final approval is attached. The Court has scheduled a final approval hearing for October 7, 2019.

WHEREFORE, Plaintiff requests that this Court grant this motion and enter a final order pursuant to the terms set forth above.

Respectfully submitted,

Plaintiff,
By Counsel.

_s/ Patricia M. Kipnis_____
Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
(856) 324-8219

Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555

Steven R. Broadwater, Jr. (WVSB # 11355)
Hamilton, Burgess, Young & Pollard, P.L.L.C.
P.O. Box 959
Fayetteville, WV 25840
(304) 574-2727

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA**

**KIMBERLY HENRY, on behalf of herself
and all others similarly situated,**

      **Plaintiff,**

**v.**                                              **Case No. 3:17-cv-01789**

**OCWEN LOAN SERVICING, LLC,**

      **Defendant.**

## Certificate of Service

I hereby certify that on this 23rd day of September 2019, the foregoing **Motion for Final Approval of Settlement, Attorneys' Fees and Costs, and Service Award** was served upon the following counsel of record through the CM/ECF System, which will notify the following CM/ECF participants:

Jason E. Manning
TROUTMAN SANDERS
P.O. Box 61185
Virginia Beach, VA 23466-1185
jason.manning@troutmansanders.com

Massie Payne Cooper
TROUTMAN SANDERS
1001 Haxall Point
Richmond, VA 23219
massie.cooper@troutmansanders.com

                                           *s/ Patricia M. Kipnis*
                                           Patricia M. Kipnis (WVSB #12896)